# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARCUS HAND, | : | No. 141 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANDREW DANCHA, M.D.; SANDRA | : | |
| SNYDER; DR. MCGREGOR; PAULA | : | |
| PRICE; DR. MARTY COLE., M.D.; | : | |
| WEXFORD HEALTH SOURCES, INC.; | : | |
| CORIZON HEALTH CARE SERVICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.